UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DAVID A. GOBLE and | )   NO. 13-91343 |
| LUCINDA K. GOBLE, | )   Chapter 7 |
| Debtors. | ) |

## MOTION FOR TURNOVER ORDER

NOW COMES Kristin L. Wilson, Chapter 7 Trustee, and for her Motion for Turnover respectfully states as follows:

1. The Debtors filed their Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on October 29, 2013.

2. I serve as the Debtors' Chapter 7 Bankruptcy Trustee.

3. Debtors listed on their petition and schedules a cash value life insurance policy with State Farm Life Insurance with a cash value of $4,283.00. Debtors have not taken an exemption in said funds.

4. Debtors listed on their petition and schedules a bank account with Carle Credit Union. On the date of filing the account contained $866.34 and the Debtors have exempted $45.00 leaving an excess of $821.34.

5. Debtors will likely receive a 2013 state refund and a federal tax refund. Debtors have not taken an exemption in their 2013 state and federal tax refunds.

6. That it is the Trustee's intent to take possession of the cash value of the life insurance with State Farm, the excess funds in the bank accounts as well as the Debtors' 2013 state and federal tax refunds and distribute same to the unsecured creditors.

WHEREFORE, Kristin L. Wilson, Chapter 7 Trustee, respectfully prays that:
1. The Debtors be ordered to turn over the cash value of the life insurance policy with State Farm in the amount of $4,283.00 within 10 days of the entry of the Order on Motion for Turnover.
2. The Debtors be ordered to turn over the amount of $821.34 representing the excess funds in the Carle Credit Union account.
3. The Debtors be ordered to provide the undersigned Trustee with copies of their 2013 state and federal income tax returns within 48 hours of same being prepared and filed.

    4.       That Debtors be ordered to turnover to the undersigned Trustee 302/365ths of any state and federal income tax refunds.

    5.       The Debtors be ordered to not spend their 2013 tax refund without permission of this Court.

/s/Kristin L. Wilson
Kristin L. Wilson
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Motion for Turnover Order has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

David and Lucinda Goble
105 Washington Street
Indianola, IL 61850

I hereby certify that on the 3rd day of January, 2014, a true and correct copy of the foregoing pleading was served by electronic mail upon:

| | |
|---|---|
| Terrence Miles | Nancy J. Gargula |
| 301 W. North | United States Trustee |
| Danville, IL 61832 | 401 Main Street |
| | Suite 1100 |
| | Peoria, IL 61602 |

DATED this 3rd day of January, 2014.

/s/ Kristin L. Wilson
Kristin L. Wilson

KRISTIN L. WILSON
Chapter 7 Trustee
600 Jackson Avenue
Charleston, IL  61920
Telephone:  (217) 345-3929
Fax:        (217) 345-6501